# United States Court of Appeals for the Federal Circuit

ERRATA

May 19, 2005

Appeal No. 04-5152, RILEY & EPHRIAM CONSTRUCTION COMPANY, INC. v. UNITED STATES

Precedential Opinion

Decided:  May 18, 2005

Please make the following change:

On page 7, line 20:  Delete "contractor" and insert -- contracting officer --.